## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 09-cv-02649-REB-MEH

PAULA G. COSLETT,

    Plaintiff,

v.

EASY STREET, INC., a Colorado corporation, d/b/a HOCHFIELD JEWELERS, and RONALD HOCHFIELD,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me the **Stipulated Motion To Dismiss** [#22] filed October 11, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#22] filed October 11, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for January 28, 2011, is **VACATED**;

3. That the trial to the court set to commence January 31, 2011, is **VACATED**;

4. That the parties' Material Terms of Settlement Agreement executed on August 24, 2010, is **APPROVED** and is made an order of the court;

5. That the parties' Mutual Release of Claims is **APPROVED** and made an order of the court; and

6. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated October 12, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge